UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | No. |
| | * | |
| Versus | * | |
| | * | |
| KENTRELL GAULDEN | * | MAGISTRATE JUDGE |

### AFFIDAVIT

I, Jessica Sullivan, being duly sworn, state as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been so employed since approximately January 2010. As part of my duties as an FBI Special Agent, I investigate criminal violations relating to violent crimes, firearms and narcotics offenses, and criminal enterprises.

2.  This affidavit is made in support of an application for a search warrant for samples of DNA contained within cheek cells/saliva (buccal swab) of KENTRELL GAULDEN.

3.  The statements in this affidavit are based on my personal knowledge, information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts, my training and experience, and the training and experience of other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set

forth facts that I believe are sufficient to obtain a search warrant for samples from KENTRELL GAULDEN to submit for DNA testing.

## I. FACTS SUPPORTING PROBABLE CAUSE TO SEARCH KENTRELL GAULDEN

4. The person to be searched is, KENTRELL GAULDEN ("GAULDEN"), a black male, approximately 5 foot 9 inches tall, weighing approximately 150 pounds, born on or about October 20, 1999, currently being held at the St. Martin Parish Jail, in St. Martinville, Louisiana.

5. Based on my review of GAULDEN's criminal history records, GAULDEN has previously been convicted of the following felony crime punishable by a term of imprisonment exceeding one year: on or about August 22, 2017, Aggravated Assault with a Firearm, in violation of Louisiana Revised Statutes section 14:37.4, in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, Case Number 01-17-0361. As a convicted felon, GAULDEN is prohibited from possessing firearms and ammunition.

6. On March 10, 2021, in the Middle District of Louisiana, GAULDEN was charged by an Indictment in case number 21-CR-14-SDD-SDJ, with violating 18 U.S.C. § 922(g)(1), possession of firearms by a convicted felon and 26 U.S.C. § 5845(a)(5), possession of a firearm not registered in the national firearms registration and transfer record. A warrant was also issued on March 10, 2021, commanding that Kentrell Gaulden be arrested to answer for the charges in the Indictment.

7. On March 19, 2021, in the Central District of California, a federal search warrant was obtained for the cell-site location for GAULDEN's cellphone. On March 20, 2021, investigators began receiving location data from Verizon Wireless of locations of GAULDEN's cellphone.

8. On March 22, 2021, based on location data provided by Verizon Wireless, GAULDEN's cellphone appeared to be located at or near a residence, located at 5425 Amigo Avenue, Tarzana, California. Special Agents of the Federal Bureau of Investigation, along with Los Angeles Police Department and Los Angeles Sheriff's Office, initiated surveillance on the residence.

9. At approximately 12:15 p.m., investigators saw GAULDEN in the doorway of the residence as two women and two children left. The women and children drove away in a Cadillac Escalade, which was confirmed by Midway Car Rental to have been rented by Marvin Ramsey. Investigators have previously identified Ramsey as a videographer for GAULDEN.

10. At approximately 12:20 p.m., GAULDEN left the residence in a black Mercedes GLS 600 Maybach ("the Maybach"), with a California temporary license plate of BK43G94. Officers with the Los Angeles Police Department attempted to conduct a traffic stop of the Maybach. As officers initiated their lights and sirens, the Maybach briefly stopped before speeding up. After approximately thirty seconds of fleeing the Los Angeles Police Department, the Maybach came to a stop, GAULDEN put his hands out of the driver's window and threw a key fob out of the window indicating he was complying with arrest. However, once officers exited their vehicle

and began to walk toward the car, GAULDEN fled a second time eluding the police vehicles in pursuit. A short time after, GAULDEN parked the Maybach, got out of the car, and fled on foot. GAULDEN was the sole occupant of the Maybach.

11. As officers approached the Maybach, they saw that it was still running. Officers also saw a yellow-in-color handgun that appeared to be an FN pistol, FNX 45 caliber model, serial number FX3U140732, located behind the front passenger seat. As officers conducted a safety check of the firearm, officers discovered that the firearm was loaded with one round of ammunition in the chamber.

12. Law enforcement officers found GAULDEN approximately two hours later and took him into custody on the outstanding arrest warrant.

13. Officers conducted an inventory search of the Maybach. Officers seized the yellow-in-color FN pistol, FNX 45 caliber model, serial number FX3U140732. Officers collected numerous pieces of jewelry from the rear driver's seat of the vehicle. The jewelry was in cases labeled "Shyne Jewelers." Officers also collected a Louisiana identification card belonging to GAULDEN as well as vehicle registration for the Maybach stating the Maybach was purchased by GAULDEN on March 12, 2021.

14. An ATF trace was conducted for the FN pistol, FNX 45 caliber model, serial number FX3U140732. The trace showed Joel Diggs purchased the pistol from Jim's Firearms in Baton Rouge, Louisiana on December 10, 2020. Officers interviewed Joel Diggs who stated that he purchased the pistol for "NBA Kentrell" (a rap name for GAULDEN) as a belated birthday gift. Officers also interviewed Joseph Diggs, the brother of Joel Diggs, who stated that he asked his brother to purchase the

pistol for him and that he accompanied him to Jim's Firearms to make the purchase. Joseph Diggs stated he drove the pistol to GAULDEN's home in Calabasas California and left it there.

15. On or about May 11, 2021, officers returned the jewelry collected during the search of the Maybach to GAULDEN's attorney, pursuant to GAULDEN's attorney's request to return GAULDEN's personal property.

16. On or about May 13, 2021, officers received a Grand Jury subpoena response from Shyne Jewelers and were able to confirm some of the pieces of jewelry collected during the search of the Maybach were purchased by GAULDEN.

17. As explained below, as part of the ongoing investigation, law enforcement agencies are in the process of examining the firearm and ammunition recovered in connection with an arrest and subsequent search that occurred on or about March 22, 2021 in Los Angeles. These items may bear DNA that is relevant to this criminal investigation.

18. A buccal swab is needed from GAULDEN so that testing may be done on samples taken from the physical evidence recovered in this investigation, and then compared to the specimens provided by GAULDEN. A buccal swab is a sterile cotton swab, which is used to collect cheek cells and/or saliva.

## CONCLUSION

19. Based on the above information, I respectfully submit that there is probable cause to believe that firearms offenses, in violation of Title 18, United States Code, Section 922(g)(1), have been committed, and that a buccal swab sample

recovered from Kentrell Gaulden will provide evidence concerning a violation of the aforementioned offenses, I therefore respectfully request that this Court issue a search warrant for a buccal swab sample to be recovered from the person of GAULDEN.

Respectfully submitted,

*Jessica Sullivan*
Jessica Sullivan, Special Agent
Federal Bureau of Investigation

Subscribed and sworn via Telephone
before me this ___ day of June 2021.

_____
KATHLEEN KAY
United States Magistrate Judge